**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>District of Nebraska | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Danner, Spencer Kavin Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Danner, Amanda Rae** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **8240** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **4583** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3011 N 169th St**<br>**Omana, NE**<br>ZIPCODE **68116-2622** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**3011 N 169th St**<br>**Omaha, NE**<br>ZIPCODE **68116-2622** |
| County of Residence or of the Principal Place of Business:<br>**Douglas** | County of Residence or of the Principal Place of Business:<br>**Douglas** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address)<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE |
|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☐ Chapter 11       Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☑ Chapter 13       Recognition of a Foreign<br>                           Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer    ☐ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less<br>than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Danner, Spencer Kavin Jr. & Danner, Amanda Rae** |
|---|---|

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **District Of Nebraska** | Case Number:<br>**05-81015** | Date Filed:<br>**Filed 3/23/2005** |
| Location<br>Where Filed: **District Of Nebraska** | Case Number:<br>**11-82670** | Date Filed:<br>**Filed 10/26/2011** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____  **1/16/13**<br>    Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)

Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Danner, Spencer Kavin Jr. & Danner, Amanda Rae** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Spencer Kavin Jr. Danner*
Signature of Debtor                                **Spencer Kavin Jr. Danner**

**X** */s/ Amanda Rae Danner*
Signature of Joint Debtor                         **Amanda Rae Danner**

**(402) 934-4055**
Telephone Number (If not represented by attorney)

**January 16, 2013**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney***

**X** _____
Signature of Attorney for Debtor(s)

**Nancy L. Loftis Law Office**
**5533 S 27th Street  Suite 203**
**Lincoln, NE  68512**
**(402) 476-1111  Fax: (402) 477-8690**

**January 16, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Danner, Spencer Kavin Jr. & Danner, Amanda Rae**                Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2778**<br><br>**Ally Bank**<br>**PO Box 13625**<br>**Philadelphia, PA  19101** | | J | **purchase money financing for Town & Country Van**<br><br>VALUE $ **31,000.00** | | | | **36,294.00** | **5,294.00** |
| ACCOUNT NO.<br><br>**Ally Financial Inc F/K/A GMAC**<br>**PO Box 130424**<br>**Roseville, MN  55113-0004** | | | **Assignee or other notification for:**<br>**Ally Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **2832**<br><br>**Nebraska Furniture Mart**<br>**700 S 72nd St**<br>**Omaha, NE  68114** | | W | **purchase of household items**<br><br>VALUE $ **2,000.00** | | | | **2,968.36** | **968.36** |
| ACCOUNT NO. **2491**<br><br>**Southwest National Bank**<br>**PO Box 1401**<br>**2700 West 13th St. North**<br>**Wichita, KS  67201** | | J | **Ford F150 purchase money financing**<br><br>VALUE $ **41,000.00** | | | | **47,319.58** | **6,319.58** |

_____ **0** continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ **86,581.94** | $ **12,581.94** |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ **86,581.94** | $ **12,581.94** |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE __Danner, Spencer Kavin Jr. & Danner, Amanda Rae__                    Case No. _____
                    Debtor(s)                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) – Cont.

IN RE Danner, Spencer Kavin Jr. & Danner, Amanda Rae     Case No. _____
         Debtor(s)                                           (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

### Domestic Support Obligations
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Niokia Toussaint**<br>**3032 Emmet St**<br>**Omaha, NE  68111** | | H | Child support, $326/month | | | | **1.00** | **1.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ **1.00** | $ **1.00** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Danner, Spencer Kavin Jr. & Danner, Amanda Rae**                    Case No. _____
<u>Debtor(s)</u>                                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8240**<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA  19101-7346** | | J | **1040, tax year 2005, as adjusted May 19, 2008    unpaid balance subject to discharge upon plan completion due to age of account** | | | | **49,000.00** | **540.00** | **48,460.00** |
| ACCOUNT NO. **8240**<br>**Nebraska Dept of Revenue**<br>**Attn:  Bankruptcy Unit**<br>**PO Box 94818**<br>**Lincoln, NE  68509-4818** | | J | **Form 1902N-2005, income taxes for 2005 adjusted May 20, 2009 and for 2008** | | | | **9,858.99** | **9,858.99** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **58,858.99** | $ **10,398.99** | $ **48,460.00** |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **58,859.99** | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **10,399.99** | $ **48,460.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE <u>Danner, Spencer Kavin Jr. & Danner, Amanda Rae</u>    Case No. _____
                                    Debtor(s)                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Accredited Collection Services** <br>**PO Box 27238** <br>**Omaha, NE  68127** | | W | **medical services in collection, The Nebraska Medical Center** | | | | **1,107.00** |
| ACCOUNT NO. **2411** <br><br>**ACs Education** <br>**PO Box 371834** <br>**Pittsburgh, PA  15250-7834** | | H | **student loans, 3.125 % interest, 138.79/month; $277 delinquent** | | | | **19,900.00** |
| ACCOUNT NO. **2401** <br><br>**ACS/Wells Fargo Student Loan** <br>**PO Box 7052** <br>**Utica, NY  13504** | | J | | | | | **19,904.24** |
| ACCOUNT NO. **4067** <br><br>**Alegent Health** <br>**Lakeside Hospital** <br>**2301 N 117 Ave  Suite 100** <br>**Omaha, NE  68164-3483** | | W | **services, portion not covered by insurance** | | | | **496.00** |

____ **6** continuation sheets attached

Subtotal
(Total of this page) $ **41,407.24**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Danner, Spencer Kavin Jr. & Danner, Amanda Rae</u>    Case No. _____
                             Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3262** <br> **Allied Interstate** <br> **GE Capital Retail Bank** <br> **PO Box 960061** <br> **Orlando, FL  32896-0061** | | W | GE Capital Retail Bank | | | | 1,322.00 |
| ACCOUNT NO. **9357** <br> **Bassett Furniture** <br> **GE Capital Retail Bank** <br> **PO Box 960061** <br> **Orlando, FL  32896-0061** | | W | | | | | 0.00 |
| ACCOUNT NO. **2894** <br> **Boys Town** <br> **555 N 30 St** <br> **Omaha, NE  68131** | | W | services | | | | 738.50 |
| ACCOUNT NO. <br> **Boys Town National** <br> **PO Box 110** <br> **Boystown, NE  68010** | | | Assignee or other notification for: **Boys Town** | | | | |
| ACCOUNT NO. **1930** <br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT  84130** | | J | Credit Card | | | | 3,358.04 |
| ACCOUNT NO. <br> **Capital One Bank** <br> **PO Box 71083** <br> **Charlotte, NE  28272-1083** | | W | | | | | 3,556.00 |
| ACCOUNT NO. <br> **Creditors Bankruptcy Service** <br> **PO Box 740933** <br> **Dallas, TX  75374** | | | Assignee or other notification for: **Capital One Bank** | | | | |

Sheet no. _____**1**_____ of _____**6**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                                  (Total of this page)   $ **8,974.54**

                                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **Danner, Spencer Kavin Jr. & Danner, Amanda Rae**
_____
Debtor(s)

Case No. _____
(If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**4740 Baxter Road**<br>**Virginia Beach, VA  23462** | | | Assignee or other notification for:<br>**Capital One Bank** | | | | |
| ACCOUNT NO. **3262**<br>**Care Credit**<br>**PO Box 960061**<br>**Orlando, FL  32896** | | J | credit card | | | | 1,218.24 |
| ACCOUNT NO. **4260**<br>**Credit Bureau Services**<br>**PO Box 318**<br>**Fremont, NE  68026** | | W | services | | | | 122.00 |
| ACCOUNT NO.<br>**Credit First NA**<br>**PO Box 818011**<br>**Cleveland, OH  44181** | | J | | | | | 10.00 |
| ACCOUNT NO.<br>**Dick's Sporting Goods**<br>**GE Capital Retain Bank**<br>**PO Box 960061**<br>**Orlando, FL  32896-0061** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**ECMC**<br>**PO Box 75906**<br>**St Paul, MN  55175** | | J | student loans, 3242.00 and $20,074.54 | | | | 23,000.00 |
| ACCOUNT NO. **1654**<br>**Enterprise Bank**<br>**12800 West Center Road**<br>**Omaha, NE  68144** | | J | 2nd Mortgage deficiency | | | | 48,523.00 |

Sheet no. ____**2**__ of ____**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 72,873.24

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Danner, Spencer Kavin Jr. & Danner, Amanda Rae _____ Case No. _____
                                                                                            Debtor(s)                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8129** <br> **Firestone** <br> **PO Box 81410** <br> **Cleveland, OH  44181** | | J | **Credit Card** | | | | 662.38 |
| ACCOUNT NO. **0002** <br> **Kohls** <br> **PO Box 3043** <br> **Milwaukee, WI  53201** | | J | **Credit Card** | | | | 572.31 |
| ACCOUNT NO. <br> **LINDIA, LLC** <br> **C/O Weinstein And Riley** <br> **2001 Western Avenue  Ste 400** <br> **Seattle, WA  98121** | | J | | | | | 3,643.00 |
| ACCOUNT NO. **8732** <br> **Merchange Credit Adjusters** <br> **17055 Frances St  Ste 100** <br> **Omaha, NE  68130** | | H | **Abes Trash Service** | | | | 225.70 |
| ACCOUNT NO. **3200** <br> **Methodist Physicians** <br> **PO Box 3755** <br> **Omaha, NE  68103-0755** | | H | | | | | 484.00 |
| ACCOUNT NO. **3761** <br> **Mutual 1st Credit Union** <br> **14510 F St.** <br> **Omaha, NE  68137** | | J | **Home at:  14705 Girard St.** <br> **Bennington, NE 68007** <br><br> **1st Mortgage** | | X | X | 100,000.00 |
| ACCOUNT NO. **3777** <br> **Mutual 1st Credit Union** <br> **14510 F St.** <br> **Omaha, NE  68137** | | J | **3rd Mortgage deficiency** | | | | 22,653.00 |

Sheet no. _____**3**_____ of _____**6**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 128,240.39

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Danner, Spencer Kavin Jr. & Danner, Amanda Rae

_____          Case No. _____

Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3707**<br>**Mutual 1st Credit Union**<br>**14510 F St.**<br>**Omaha, NE  68137** | | J | **Motorcycle purchase money financing, originated August 14, 2009** | X | | | **13,989.00** |
| ACCOUNT NO. **0237**<br>**Mutual 1st Credit Union**<br>**14510 F St.**<br>**Omaha, NE  68137** | | J | **Visa Card**<br><br>**Judgement** | | | | **21,606.00** |
| ACCOUNT NO.<br>**David Koukol**<br>**1623 Shamrock Plaza Ste 333**<br>**Omaha, NE  68102** | | | **Assignee or other notification for:**<br>**Mutual 1st Credit Union** | | | | |
| ACCOUNT NO.<br>**NCO Financial Systems**<br>**4740 Baxter Road**<br>**Virginia Beach, VA  23462** | | J | | | | | **3,643.00** |
| ACCOUNT NO. **2746**<br>**Nebraska Energy**<br>**PO Box 499**<br>**Columbus, NE  68602-0499** | | W | | | | | **3,061.17** |
| ACCOUNT NO. **6420**<br>**Nelnet-Dept Of Education**<br>**PO Box 82561**<br>**Lincoln, NE  68501** | | J | | | | | **3,413.79** |
| ACCOUNT NO. **3680**<br>**Old Navy/GEMB**<br>**PO Box 530942**<br>**Atlanta, GA  30353** | | J | **Credit Card** | | | | **244.94** |

Sheet no. ____**4**__ of ___**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **45,957.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Danner, Spencer Kavin Jr. & Danner, Amanda Rae                    Case No. _____
_____                        
            Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3023**<br>**Omaha Federal Credit Union**<br>**3001 South 82nd Ave**<br>**Omaha, NE  68124** | | J | Visa Card | | | | 6,654.00 |
| ACCOUNT NO. **3380**<br>**Pioneer**<br>**PO Box 3116**<br>**Lake City, FL  32056** | | H | | | | | 221.55 |
| ACCOUNT NO.<br>**Portfolio Recovery Associates**<br>**PO Box 12914**<br>**Norfolk, VA  23541** | | J | | | X | | 10.00 |
| ACCOUNT NO. **0303**<br>**Professional Finance Company**<br>**5754 West 11th St  Ste 100**<br>**Greeley, CO  80634-4809** | | W | | | | | 542.24 |
| ACCOUNT NO.<br>**Quantum 3 Group**<br>**Galaxy Portfolios LLC**<br>**PO Box 788**<br>**Kirkland, WA  98083-0788** | | J | | | | | 4,560.00 |
| ACCOUNT NO.<br>**Roberts Lawn Care**<br>**C/O Ralph Peppard**<br>**3717 Harney St**<br>**Omaha, NE  68131** | | J | services | | | | 1,550.00 |
| ACCOUNT NO.<br>**Southwest National Bank**<br>**2700 W 13th St North**<br>**Wichita, KS  67201** | | J | | | | | 10.00 |

Sheet no. _____ **5** of _____ **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,547.79**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Danner, Spencer Kavin Jr. & Danner, Amanda Rae**                                    Case No. _____
 <u>Debtor(s)</u>                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Karl R. Swartz<br>Morris, Laing, Evans, Brock<br>300 N Mead  #200<br>Wichita, KS  76202** | | | Assignee or other notification for:<br>**Southwest National Bank** | | | | |
| ACCOUNT NO.<br>**Toyota Motor Credit<br>C/O Becket And Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701** | | J | | | | | **16,439.00** |
| ACCOUNT NO.<br>**Wells Fargo<br>C/O ACS<br>PO Box 22724<br>Long Beach, CA  90801-5724** | | J | | | | | **10.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**6**___ of ____**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **16,449.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ **327,450.10**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Nebraska**

**IN RE:**                                                          Case No. _____

Danner, Spencer Kavin Jr. & Danner, Amanda Rae _____    Chapter **13** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **January 16, 2013** _____    Signature: **/s/ Spencer Kavin Jr. Danner** _____
                                                           **Spencer Kavin Jr. Danner**                       Debtor

Date: **January 16, 2013** _____    Signature: **/s/ Amanda Rae Danner** _____
                                                           **Amanda Rae Danner**                    Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Accredited Collection Services
PO Box 27238
Omaha, NE   68127


ACs Education
PO Box 371834
Pittsburgh, PA   15250-7834


ACS/Wells Fargo Student Loan
PO Box 7052
Utica, NY   13504


Alegent Health
Lakeside Hospital
2301 N 117 Ave   Suite 100
Omaha, NE   68164-3483


Allied Interstate
GE Capital Retail Bank
PO Box 960061
Orlando, FL   32896-0061


Ally Bank
PO Box 13625
Philadelphia, PA   19101


Ally Financial Inc F/K/A GMAC
PO Box 130424
Roseville, MN   55113-0004


Bassett Furniture
GE Capital Retail Bank
PO Box 960061
Orlando, FL   32896-0061

Boys Town
555 N 30 St
Omaha, NE   68131


Boys Town National
PO Box 110
Boystown, NE   68010


Capital One
PO Box 30285
Salt Lake City, UT   84130


Capital One Bank
PO Box 71083
Charlotte, NE   28272-1083


Care Credit
PO Box 960061
Orlando, FL   32896


Credit Bureau Services
PO Box 318
Fremont, NE   68026


Credit First NA
PO Box 818011
Cleveland, OH   44181


Creditors Bankruptcy Service
PO Box 740933
Dallas, TX   75374


David Koukol
1623 Shamrock Plaza Ste 333
Omaha, NE   68102

Dick's Sporting Goods
GE Capital Retain Bank
PO Box 960061
Orlando, FL  32896-0061


ECMC
PO Box 75906
St Paul, MN  55175


Enterprise Bank
12800 West Center Road
Omaha, NE  68144


Firestone
PO Box 81410
Cleveland, OH  44181


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Karl R. Swartz
Morris, Laing, Evans, Brock
300 N Mead  #200
Wichita, KS  76202


Kohls
PO Box 3043
Milwaukee, WI  53201


LINDIA, LLC
C/O Weinstein And Riley
2001 Western Avenue  Ste 400
Seattle, WA  98121

Merchange Credit Adjusters
17055 Frances St  Ste 100
Omaha, NE  68130


Methodist Physicians
PO Box 3755
Omaha, NE  68103-0755


Mutual 1st Credit Union
14510 F St.
Omaha, NE  68137


NCO Financial Systems
4740 Baxter Road
Virginia Beach, VA  23462


Nebraska Dept of Revenue
Attn:  Bankruptcy Unit
PO Box 94818
Lincoln, NE  68509-4818


Nebraska Energy
PO Box 499
Columbus, NE  68602-0499


Nebraska Furniture Mart
700 S 72nd St
Omaha, NE  68114


Nelnet-Dept Of Education
PO Box 82561
Lincoln, NE  68501


Niokia Toussaint
3032 Emmet St
Omaha, NE  68111

Old Navy/GEMB
PO Box 530942
Atlanta, GA   30353


Omaha Federal Credit Union
3001 South 82nd Ave
Omaha, NE   68124


Pioneer
PO Box 3116
Lake City, FL   32056


Portfolio Recovery Associates
PO Box 12914
Norfolk, VA   23541


Professional Finance Company
5754 West 11th St   Ste 100
Greeley, CO   80634-4809


Quantum 3 Group
Galaxy Portfolios LLC
PO Box 788
Kirkland, WA   98083-0788


Roberts Lawn Care
C/O Ralph Peppard
3717 Harney St
Omaha, NE   68131


Southwest National Bank
PO Box 1401
2700 West 13th St. North
Wichita, KS   67201

Southwest National Bank
2700 W 13th St North
Wichita, KS  67201


Toyota Motor Credit
C/O Becket And Lee LLP
POB 3001
Malvern, PA  19355-0701


Wells Fargo
C/O ACS
PO Box 22724
Long Beach, CA  90801-5724